**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RICHARD LYNN SCOTT,**<br>**Plaintiff,**<br>**v.**<br>**CHARLES EDWARD LITTLEJOHN,**<br>**Defendant.** | **Civil Action No. 26-3660 (JDB)** |

**SCHEDULING ORDER**

Upon consideration of [71] the parties' joint status report, and the entire record herein, it is hereby

**ORDERED** that the plaintiff may file an amended complaint that removes Booz Allen Hamilton, the claims against it, and the facts solely relevant to those claims. The Court does not construe the Joint Status Report as requesting leave to make any other substantive amendments to the complaint. See Joint Status Report [ECF 71] at 3. If the plaintiff wants to make any other amendments to the complaint, it must seek this Court's leave to do so; it is further

**ORDERED** that the Court will not, at this time, set discovery deadlines. If the parties want the Court to set additional deadlines beyond those listed below, they may file motions so requesting; it is further

**ORDERED** that the following schedule shall govern further proceedings:

1. The plaintiff shall file an amended complaint that removes Booz Allen Hamilton, the claims against it, and the facts solely relevant to those claims by not later than November 13, 2026.

2. The defendant shall file an answer or other responsive pleading by not later than November 20, 2026.

3. The plaintiff shall file an opposition to any motion to dismiss by not later than December 11, 2026.

4. The defendant shall file any reply in support of a motion to dismiss by not later than December 18, 2026.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: November 11, 2026